**Michael SCHLEGEL, Plaintiff–Appellant,**

v.

**Eric HOLDER; John Marti; United States District Court, Defendants–Appellees.**

No. 14–2446.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 17, 2015.

Filed: Feb. 20, 2015.

Michael Schlegel, Corcoran, MN, pro se.

Ann M. Bildtsen, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Defendants–Appellees.

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

PER CURIAM.

Michael Schlegel appeals the district court's[1] order dismissing his pro se civil action for failure to state a claim. After careful de novo review, see Levy v. Ohl, 477 F.3d 988, 991 (8th Cir.2007) (standard of review), we affirm. See 8th Cir. R. 47B.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, sitting by designation in the District of Minnesota.